# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-157-FDW-DCK

| | |
|---|---|
| MANDY PIPPIN and RICHARD PIPPIN, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ABS SOUTHEAST, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Extension Of Time To Answer" (Document No. 8) filed May 10, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Extension Of Time To Answer" (Document No. 8) is **GRANTED**. Defendant shall have up to and including **May 17, 2021** to answer or otherwise respond to Plaintiff's Amended Complaint. The undersigned notes that Defendant's request does not comply with Judge Whitney's scheduling order in this case; however, in this instance, the undersigned will allow one additional brief extension. See (Document No. 7). Further extensions of this deadline will be summarily denied.

**SO ORDERED**.

Signed: May 11, 2021

David C. Keesler
United States Magistrate Judge